UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Baltimore Division**

In Re:    Angela Y Liggins                            Case No. 19-15626
                                                      Chapter 13

**LINE OF APPEARANCE**

Please enter the appearance of Joshua Welborn, Esq. and McCabe, Weisberg & Conway, LLC, as counsel for the secured creditor, <u>The Community Development Administration of the Department of Housing and Community Development for the State of Maryland,</u> and add our name to the Mailing Matrix to receive copies of all Motions, Orders, Plans, and Notices filed herein.

<u>/s/ Joshua Welborn, Esq.</u>
Joshua Welborn, Esq.
Attorney for Movant
Bar No. 29359
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of May, 2019 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, Maryland  21401

Jeffrey P. Nesson
Law Office of Jeffrey P. Nesson
11421 Reisterstown Rd
Owings Mills, Maryland  21117

I hereby further certify that on the 10th day of May, 2019, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Angela Y Liggins
1627 Langford Road
Gwynn Oak, Maryland  21207
(Via U.S Mail)

<u>/s/ Joshua Welborn, Esq.</u>
Joshua Welborn, Esq.